[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Sibrian*, Slip Opinion No. 2020-Ohio-3876.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3876

THE STATE OF OHIO, APPELLANT, *v*. SIBRIAN, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Sibrian*, Slip Opinion No. 2020-Ohio-3876.]**

*Court of appeals' judgment reversed on the authority of* State v. Taylor *and cause remanded.*

(No. 2019-0697—Submitted July 22, 2020—Decided August 4, 2020.)

APPEAL from the Court of Appeals for Montgomery County,

No. 27964, 2019-Ohio-1262.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Taylor*, __ Ohio St.3d __, 2020-Ohio-3514, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, and DEWINE, JJ., concur.

FRENCH, J., dissents and would order briefing.

DONNELLY, J., dissents for the reasons set forth in the dissenting opinion in *Taylor*.

STEWART, J., dissents and would dismiss the appeal as having been improvidently accepted.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Andrew T. French, Assistant Prosecuting Attorney, for appellant, state of Ohio.

_____